IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL ADKINS,                      )
                                  )
            Plaintiff,            )
                                  )
    v.                            )   Civil Action No. 3:10CV60–HEH
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
            Defendant.            )

## ORDER

THIS MATTER is before the Court on Report and Recommendation ("R&R") of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objection to the R&R is OVERRULED. Accordingly, the R&R (Dk. No.13), filed on September 28, 2010, is ADOPTED; Plaintiff's Motion for Summary Judgment (Dk. No. 9), filed on May 5, 2010, is DENIED; Plaintiff's Motion to Remand (Dk. No. 10), filed on May 5, 2010, is DENIED; Defendant's Motion for Summary Judgment (Dk. No. 12), filed on June 12, 2010, is GRANTED; and the decision of the Commissioner if AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                            /s/
                                    _____
                                    Henry E. Hudson
                                    United States District Judge

Date: Feb 10, 2011
Richmond, VA